UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID JR. ROSS,                                                            Civil No. 06-2362 (JNE/JSM)

      Petitioner,

v.                                                                                        **ORDER**

R.L. MORRISON, Warden,

      Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 24, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** and the Petition is **DISMISSED WITH PREJUDICE**.

2. To the extent Petitioner requests a RRC eligibility determination without regard to 28 C.F.R. §§ 570.20 and 570.21, his request is moot.

3. To the extent Petitioner seeks immediate transfer to a RRC or immediate determination of his RRC eligibility date, the Petition is **DENIED**.

2

    4.    To the extent Petitioner is seeking a writ of mandamus and injunction, the Petition is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 21, 2008

                                          s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Court Judge